UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT LESLIE WASHAM,<br>　　　　Petitioner,<br>　　v.<br>PEOPLE OF CALIFORNIA,<br>　　　　Respondent. | Case No. 19-cv-02176-JD<br><br>**ORDER OF DISMISSAL** |

This is a habeas case filed pro se by a state prisoner. In the initial review order the Court found that petitioner appeared to have presented a fully unexhausted federal petition and dismissed the petition with leave to amend to demonstrate exhaustion. The time to amend has passed and petitioner has not filed an amended petition. This case is **DISMISSED**. Petitioner may file a new petition when his claims have been exhausted in state court. A certificate of appealability is **DENIED**.

　　**IT IS SO ORDERED.**

Dated: December 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT LESLIE WASHAM,<br>　　　　Plaintiff,<br>　　v.<br>PEOPLE OF CALIFORNIA,<br>　　　　Defendant. | Case No. 19-cv-02176-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Grant Leslie Washam ID: #37933
Lake County Sheriff's Office
4913 Helbush Dr.
Lakeport, CA 95453

Dated: December 16, 2019

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO